## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

              Plaintiff,                        Case No. 1:07:CR:03

v.

                                                 HON. GORDON J. QUIST

JERRY L. McQUEEN,

              Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed February 8, 2007, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Jerry L. McQueen's plea of guilty to Count One of the Felony Information is accepted.  Defendant Jerry L. McQueen is adjudicated guilty.

3.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  March 2, 2007                        _____/s/ Gordon J. Quist_____
                                              GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE